# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Murphy, Michael R. | 2. Court or Organization<br><br>U.S.C.A., 10th Circuit | 3. Date of Report<br><br>05/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Bennett Federal Bldg., Rm.5438<br>125 South State Street<br>Salt Lake City, UT 84138-1181 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. See VIII | Utah Judicial Retirement |
| 2. | |
| 3. | |

Murphy_Michael_R

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington Univ. School of Law | 04/03/2008 to 04/04/2008 | St. Louis, MO | Moot Court Competition | travel, lodging & food |
| 2. | George Mason Univ. School of Law | 05/15/2008 to 05/18/2008 | New Haven, CT | Educational Seminar | travel, lodging & food |
| 3. | Utah State Bar | 07/17/2008 to 07/18/2008 | Sun Valley, ID | Speaking at Bar Conv. | lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo IRA Acct. No. 2 | A | Interest | J | T | | | | | |
| 2. - WF Money Market FD | A | Dividend | J | T | | | | | |
| 3. - Ford Motor Credit Co. Notes | | | | | Sold | 03/07 | J | A | |
| 4. - CREF (U. of U.) | A | Dividend | K | T | | | | | |
| 5. - CREF (Rowland) | A | Dividend | K | T | | | | | |
| 6. Wells Fargo NA Checking Acct | A | Interest | L | T | | | | | |
| 7. Wells Fargo IRA Account | A | Div.&Int. | N | T | Distributed (part) | 12/30 | K | | |
| 8. | | None | | | Distributed (part) | 12/30 | K | | |
| 9. | | None | | | Distributed (part) | 12/30 | J | | |
| 10. - Wells Fargo Money Mkt #645 | A | Interest | J | T | | | | | |
| 11. - U. S. Treas. Note dtd 2/15/2002 due 2/15 /2012 | B | Interest | K | T | | | | | |
| 12. - I Shares Inc. MSCI Pacific Ex-Japan EPP | B | Dividend | | | Sold | 11/21 | J | A | |
| 13. - I Shares MSCI Japan EWJ | A | Dividend | | | Sold | 11/21 | K | A | |
| 14. - I Shares Russell 2000 Value Index FD IWS | A | Dividend | | | Sold | 11/21 | K | A | |
| 15. - I Shares S&P Europe 350 IEV | C | Dividend | | | Sold | 11/21 | K | A | |
| 16. - I Shares TR Russell 1000 Growth IWF | B | Dividend | | | Sold | 11/21 | M | A | |
| 17. - I Shares TR MSCI Emerging Markets EEM | B | Dividend | | | Sold | 11/21 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. - I Shares Russell 2000 Value Index IWN ■■ ■■■■ | A | Dividend | | | Sold | 11/21 | J | A | |
| 20. - I Shares Russell Midcap Growth IWP ■■ ■■■■ | A | Dividend | | | Sold | 11/21 | K | A | |
| 21. - I Shares Russell 1000 Value IWD ■■■■ ■■ | C | Dividend | | | Sold | 11/21 | M | A | |
| 22. S&P Global 100 (■■■■■■)(x) | A | Dividend | K | T | Buy | 11/21 | K | | |
| 23. | | | | | Sold (part) | 12/29 | J | A | |
| 24. Vanguard - Emerging Market Fund VWO ■■■■■■ (x) | A | Dividend | K | T | Buy | 11/21 | K | | |
| 25. | | | | | Sold (part) | 12/29 | J | A | |
| 26. I Share S&P 500 Growth Index IVW ■■ ■■■■ (x) | A | Dividend | L | T | Buy | 11/21 | L | | |
| 27. | | | | | Sold (part) | 12/29 | K | A | |
| 28. Diamond Trust Series 1 DIA ■■■■■■ (x) | A | Dividend | K | T | Buy | 11/21 | K | | |
| 29. | | | | | Sold (part) | 12/29 | J | A | |
| 30. I Share S&P 500 Value Index IVE ■■■■ ■ (x) | A | Dividend | L | T | Buy | 11/21 | L | | |
| 31. | | | | | Sold (part) | 12/29 | J | A | |
| 32. I Shares INC MSCI EMU Index EZU ■■■ ■■ (x) | A | Dividend | K | T | Buy | 11/21 | K | | |
| 33. | | | | | Sold (part) | 12/29 | J | A | |
| 34. I Shares TR Small Cap 600 Index IJR ■■ ■■(x) | A | Dividend | K | T | Buy | 11/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II. Agreements

Line 1: As of the date of my resignation from the Third District Court, State of Utah, in October 1995, I had accumulated nine years in the state judicial retirement plan which will not begin to pay benefits until I reach the age of 62 in August 2009. The plan is an annuity type plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>